# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.

DEC -6 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA

v.

DAVID BRUCE JENKINS

## CRIMINAL COMPLAINT

NUMBER: 1:07mj130

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 3, 2007** in **Buncombe** County, in the **Western** District of **North Carolina** defendant(s) did, (Track Statutory Language o

attempt to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which one can be charged with a criminal offense and in so doing used a facility and means of interstate and foreign commerce, that being the use of a computer via the Internet

in violation of Title **18** United States Code, Section(s) **2422(b)**.

I further state that I am a(n) Special Agent - Federal Bureau of Investigation and that this complaint is based on the following facts:
Official Title
See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

SA Andrew F. Grafton
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 6, 2007 at Asheville, North Carolina

Dennis L. Howell U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT** Your affiant, Andrew F. Grafton, being duly sworn, deposes and states as follows:

## INTRODUCTION

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), an investigative law enforcement officer of the United States of America as described in Title 18, United States Code, Section 2510(7), and have been so employed for approximately three years. I am currently assigned to the Asheville Resident Agency within the Charlotte Division of the Federal Bureau of Investigation and am responsible for investigating computer crimes. I have executed many search warrants and arrest warrants in connection with these and other types of crimes.

2. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offense referred to herein, and because of my personal participation in this investigation and reports made to me by members of participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation.

3. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize the issuance of a

criminal complaint.

4. This affidavit is made in support of a criminal complaint against David Bruce Jenkins of 2502 Devon Drive, Monroe, North Carolina 28110, for violation of Title 18 USC 2422(b).

5. 18 USC 2422(b) makes it a federal crime for whoever, using the mail or any facility or means of interstate or foreign commerce, that being the use of a computer via the Internet, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

**PROBABLE CAUSE**

6. On November 21, 2007 a Buncombe County Sheriff's Office, (BCSO) Buncombe County, North Carolina, Detective was conducting an online Internet investigation using an undercover Yahoo! account with screen name "iamafungurl11" and whose profile was that of an 11 year old female named Kayla residing in the Asheville, North Carolina area. The BCSO detective was in a Yahoo! local romance chat room when an individual using the Yahoo! screen name "Lquid_dragon" initiated an instant message conversation or chat session with Iamafungurl11.

7. During the initial contact, Lquid_dragon requested a

2

photograph from Iamafungurl11. The BCSO detective responded to Lquid_dragon by sending him a photograph of what appeared to be an 11 year old girl approved for undercover work. Lquid_dragon provided a photograph of himself to Iamafungurl11 in return.

8. Lquid_dragon led the conversation with the BCSO detective. Early in the chat session, Lquid_dragon provided his age as 47 years old and acknowledged that he knew Iamafungurl11 was 11 years old. Following are excerpts from the chat session:

[break]
iamafungurl11 (11/21/2007 3:15:20 PM): asl?
**Lquid_dragon (11/21/2007 3:15:27 PM): 47**
iamafungurl11 (11/21/2007 3:15:33 PM): k
**Lquid_dragon (11/21/2007 3:15:39 PM): ok**
iamafungurl11 (11/21/2007 3:15:40 PM): im 11 f is that kewl with u right?
**Lquid_dragon (11/21/2007 3:15:45 PM): yep**
**Lquid_dragon (11/21/2007 3:15:46 PM): it is**
[break]

9. Lquid_dragon controlled the content of the conversation and steered it to a sexual nature on several occasions. Below are exerts of the chat session showing the sexual nature:

[break]
**Lquid_dragon (11/21/2007 3:22:55 PM): been naughty off the comp**
iamafungurl11 (11/21/2007 3:23:08 PM): well... wat u mean mby nawty?
iamafungurl11 (11/21/2007 3:23:09 PM): lOL
**Lquid_dragon (11/21/2007 3:24:03 PM): lol**
**Lquid_dragon (11/21/2007 3:24:13 PM): showing off your body**
**Lquid_dragon (11/21/2007 3:24:21 PM): or fooling around**
iamafungurl11 (11/21/2007 3:24:25 PM): oh... lol----- well i geuss a lil
**Lquid_dragon (11/21/2007 3:24:25 PM): or sex**
iamafungurl11 (11/21/2007 3:24:29 PM): no sex not yet
**Lquid_dragon (11/21/2007 3:24:34 PM): mmmm really now**
iamafungurl11 (11/21/2007 3:24:34 PM): foolin and stuff

3

| | |
|---|---|
| Lquid_dragon (11/21/2007 3:24:52 PM): | what all have you done if i may ask |
| iamafungurl11 (11/21/2007 3:25:06 PM): | kissed my exbf and he wannted me to touche him so did |
| Lquid_dragon (11/21/2007 3:25:19 PM): | mmmmm did you like it |
| iamafungurl11 (11/21/2007 3:25:25 PM): | yea |
| iamafungurl11 (11/21/2007 3:25:26 PM): | hehe |
| iamafungurl11 (11/21/2007 3:25:30 PM): | :"> |
| Lquid_dragon (11/21/2007 3:25:39 PM): | cool |
| iamafungurl11 (11/21/2007 3:25:43 PM): | :) |
| **Lquid_dragon (11/21/2007 3:25:55 PM):** | **how far would you go with me** |
| iamafungurl11 (11/21/2007 3:26:13 PM): | ummm.. i dunno---- i dont have allot of expedrience and stuff |
| **Lquid_dragon (11/21/2007 3:26:23 PM):** | **really now** |
| **Lquid_dragon (11/21/2007 3:26:29 PM):** | **no problem** |
| iamafungurl11 (11/21/2007 3:26:33 PM): | it isnt? |
| iamafungurl11 (11/21/2007 3:26:35 PM): | ? |
| **Lquid_dragon (11/21/2007 3:27:01 PM):** | **nope** |
| **Lquid_dragon (11/21/2007 3:27:08 PM):** | **i could teach you if you like** |
| iamafungurl11 (11/21/2007 3:27:24 PM): | no way???? u woud do that 4 me? really? or just plaeying? |
| **Lquid_dragon (11/21/2007 3:27:40 PM):** | **really** |
| iamafungurl11 (11/21/2007 3:27:47 PM): | omg... wow :) :) |
| iamafungurl11 (11/21/2007 3:28:12 PM): | ru seroius with me stop kiddieng around if u r? |
| **Lquid_dragon (11/21/2007 3:28:23 PM):** | **i am serious** |

[break]

10. As the chat session progressed, Lquid_dragon suggested that he and Iamafungurl11 should meet and begins asking her for information about where she lives and where they could meet. Lquid_dragon and Iamafungurl11 discuss the area in which she lives during several chat sessions. In some of the chat sessions, Lquid_dragon indicates that he has used www.mapquest.com to both map out directions to Iamafungurl11's address and to view aerial or satellite images of the surrounding area offered by www.mapquest.com.

[break]

| | |
|---|---|
| **Lquid_dragon (11/21/2007 3:41:14 PM):** | **i will let you know when** |
| **Lquid_dragon (11/21/2007 3:41:30 PM):** | **what part of ashviell do you live** |
| iamafungurl11 (11/21/2007 3:41:37 PM): | east asheville... |
| **Lquid_dragon (11/21/2007 3:41:54 PM):** | **ok near I40 then** |
| iamafungurl11 (11/21/2007 3:42:02 PM): | yea.. right off i40 |
| **Lquid_dragon (11/21/2007 3:42:09 PM):** | **cool** |
| **Lquid_dragon (11/21/2007 3:42:20 PM):** | **shouldnt be to bad to find you** |

[break]

| | |
|---|---|
| **Lquid_dragon (11/21/2007 3:44:13 PM):** | **give me the addy** |

| | |
|---|---|
| iamafungurl11 (11/21/2007 3:44:16 PM): | k |
| iamafungurl11 (11/21/2007 3:44:35 PM): | 1314 tunnel road scenic view mobile home park... lot 44c |
| iamafungurl11 (11/21/2007 3:44:37 PM): | asheville nc |
| **Lquid_dragon (11/21/2007 3:45:25 PM):** | **whats the zip** |
| iamafungurl11 (11/21/2007 3:45:43 PM): | 28805 |
| iamafungurl11 (11/21/2007 3:45:45 PM): | sry |
| **Lquid_dragon (11/21/2007 3:46:19 PM):** | **ok i will look up on map quest** |
| iamafungurl11 (11/21/2007 3:46:24 PM): | oh ok kewl |
| **Lquid_dragon (11/21/2007 3:46:30 PM):** | **and see how long that woud take to get there** |
| iamafungurl11 (11/21/2007 3:46:35 PM): | oh ok kewl |
| **Lquid_dragon (11/21/2007 3:47:09 PM):** | **and i will let you know when i am able to make it** |
| iamafungurl11 (11/21/2007 3:47:17 PM): | kewl!!!!!!!!!!!!!! reallllly? |
| **Lquid_dragon (11/21/2007 3:47:35 PM):** | **yep really** |
| iamafungurl11 (11/21/2007 3:47:39 PM): | kewl!!!!!!!!!!!!!!!!!!!! |
| **Lquid_dragon (11/21/2007 3:48:59 PM):** | **wish i could see you naked** |
| iamafungurl11 (11/21/2007 3:49:15 PM): | u wanna see me nakked?????? reallllly?????????? |
| iamafungurl11 (11/21/2007 3:49:20 PM): | :"> |
| **Lquid_dragon (11/21/2007 3:49:22 PM):** | **yep** |
| **Lquid_dragon (11/21/2007 3:49:30 PM):** | **can you take a pic** |

[break]

11. Between November 21st and December 3rd, Lquid_dragon and Iamafungurl11 engaged in several additional chat sessions in which Lquid_dragon repeatedly directed the conversations to a sexual nature. In the chat sessions, Lquid_dragon inquired both about what sexual experiences Iamafungurl11 has had with men and tells her what he would like to do to her when they meet. During these chat sessions, Lquid_dragon and Iamafungurl11 establish the details of when and how they would meet.

[break]
| | |
|---|---|
| **Lquid_dragon (11/26/2007 11:50:53 AM):** | **what do you like to wear** |
| iamafungurl11 (11/26/2007 11:50:59 AM): | i love skirts |
| iamafungurl11 (11/26/2007 11:51:00 AM): | :) |
| **Lquid_dragon (11/26/2007 11:51:07 AM):** | **mmmmm i love skirts too** |
| **Lquid_dragon (11/26/2007 11:51:12 AM):** | **the little plaid ones** |
| iamafungurl11 (11/26/2007 11:51:20 AM): | ewww.. nope... i have a black one |
| **Lquid_dragon (11/26/2007 11:51:27 AM):** | **nice** |
| **Lquid_dragon (11/26/2007 11:51:32 AM):** | **how short is it** |
| iamafungurl11 (11/26/2007 11:51:38 AM): | just avbove my knees |
| **Lquid_dragon (11/26/2007 11:51:41 AM):** | **nice** |
| **Lquid_dragon (11/26/2007 11:51:59 AM):** | **you ever think about not wearing any panties when you have it on** |

[break]
| | |
|---|---|
| **Lquid_dragon (11/26/2007 11:55:55 AM):** | **what grade areyou in** |
| iamafungurl11 (11/26/2007 11:56:01 AM): | 8 |
| **Lquid_dragon (11/26/2007 11:56:13 AM):** | **middle school** |

5

| | |
|---|---|
| iamafungurl11 (11/26/2007 11:56:17 AM): | yep |
| **Lquid_dragon (11/26/2007 11:56:21 AM):** | **coool** |
| iamafungurl11 (11/26/2007 11:56:42 AM): | yea |
| **Lquid_dragon (11/26/2007 11:57:39 AM):** | **kayla tell you have never had sex have you** |
| iamafungurl11 (11/26/2007 11:57:47 AM): | no im a virgan |
| **Lquid_dragon (11/26/2007 11:57:59 AM):** | **ok** |
| **Lquid_dragon (11/26/2007 11:58:29 AM):** | **you said last time you let your ex-b/f touch you** |
| **Lquid_dragon (11/26/2007 11:58:36 AM):** | **where did you let him touch** |
| iamafungurl11 (11/26/2007 11:58:57 AM): | on my private areas... hehe |
| **Lquid_dragon (11/26/2007 11:59:04 AM):** | **ohhhh i see** |
| **Lquid_dragon (11/26/2007 11:59:14 AM):** | **did he touch skin or through panties** |
| iamafungurl11 (11/26/2007 11:59:25 AM): | skin |
| **Lquid_dragon (11/26/2007 11:59:39 AM):** | **i see** |
| **Lquid_dragon (11/26/2007 11:59:52 AM):** | **tell me how did you like it and how far did he go** |
| iamafungurl11 (11/26/2007 12:00:03 PM): | i liked it allot and we just kissed and touched |
| **Lquid_dragon (11/26/2007 12:00:11 PM):** | **did you touch him too** |

[break]

| | |
|---|---|
| **Lquid_dragon (11/26/2007 12:07:46 PM):** | **what would you do when i come to see you** |
| iamafungurl11 (11/26/2007 12:08:31 PM): | i dunno... im game to anything--- wat do u wanna do? |
| **Lquid_dragon (11/26/2007 12:08:53 PM):** | **hehehehe** |
| iamafungurl11 (11/26/2007 12:09:01 PM): | wat? |
| **Lquid_dragon (11/26/2007 12:09:01 PM):** | **play teacher student** |
| iamafungurl11 (11/26/2007 12:09:02 PM): | lol |
| iamafungurl11 (11/26/2007 12:09:07 PM): | how do u play that |
| **Lquid_dragon (11/26/2007 12:09:29 PM):** | **you be the student and i be the teacher** |

[break]

12. At this point in the chat session which occurred on November 26, 2007, Lquid_dragon attempts to engage in cyber sexual activity with Iamafungurl11. After Iamafungurl11 refuses, Lquid_dragon continues to describe what will happen when they meet.

[break]

| | |
|---|---|
| **Lquid_dragon (11/26/2007 12:28:05 PM):** | **what are you wearing now** |
| iamafungurl11 (11/26/2007 12:28:14 PM): | jeans and a tshirt |
| **Lquid_dragon (11/26/2007 12:28:51 PM):** | **want to have some naughty fun onw** |
| **Lquid_dragon (11/26/2007 12:28:54 PM):** | **now** |
| iamafungurl11 (11/26/2007 12:29:01 PM): | kewl... really??????? |
| iamafungurl11 (11/26/2007 12:29:02 PM): | :) |
| **Lquid_dragon (11/26/2007 12:29:14 PM):** | **take off your jeans** |
| iamafungurl11 (11/26/2007 12:29:27 PM): | nah.... i dont do cyber stuff |

[break]

| | |
|---|---|
| **Lquid_dragon (11/26/2007 12:31:50 PM):** | **would love for you to touch me** |
| iamafungurl11 (11/26/2007 12:32:17 PM): | kewl!!!! i woud try if u wannted me to |
| **Lquid_dragon (11/26/2007 12:32:35 PM):** | **i would teach you how to touch and feel** |

[break]

| | |
|---|---|
| **Lquid_dragon (11/26/2007 12:37:52 PM):** | **i would teach you how to have sex** |
| iamafungurl11 (11/26/2007 12:37:57 PM): | kewl! |
| iamafungurl11 (11/26/2007 12:37:58 PM): | ok |
| iamafungurl11 (11/26/2007 12:38:02 PM): | i dont wanna get preggant |

6

| | |
|---|---|
| Lquid_dragon (11/26/2007 12:38:02 PM): | how to explore your body |
| Lquid_dragon (11/26/2007 12:38:16 PM): | np |
| Lquid_dragon (11/26/2007 12:38:36 PM): | have you ever had an orgasim |
| iamafungurl11 (11/26/2007 12:38:41 PM): | a wat |
| Lquid_dragon (11/26/2007 12:39:12 PM): | it is a feeling you have you have an sexual experiance |
| iamafungurl11 (11/26/2007 12:39:20 PM): | oh.. i dont think so |
| Lquid_dragon (11/26/2007 12:39:25 PM): | it is a good feeling |
| iamafungurl11 (11/26/2007 12:39:31 PM): | kewl |
| Lquid_dragon (11/26/2007 12:39:47 PM): | makes you feel good all over |
| iamafungurl11 (11/26/2007 12:39:50 PM): | kewl |
| iamafungurl11 (11/26/2007 12:39:51 PM): | :) |
| Lquid_dragon (11/26/2007 12:40:06 PM): | it can come from stimulation of your clit |
| iamafungurl11 (11/26/2007 12:40:12 PM): | oh ok |
| Lquid_dragon (11/26/2007 12:40:25 PM): | or the easy stroking of your pussy |

[break]

| | |
|---|---|
| Lquid_dragon (11/26/2007 12:41:56 PM): | it makes you moan and quiver |
| iamafungurl11 (11/26/2007 12:41:59 PM): | kewl :) |
| Lquid_dragon (11/26/2007 12:42:17 PM): | would love to make you have your first |
| Lquid_dragon (11/26/2007 12:42:20 PM): | orgasim |

[break]

13. During chat sessions on November 29th and 30th 2007, Lquid_dragon and iamafungurl11 finalize plans to meet the afternoon of November 30th. Lquid_dragon further describes what he wants to do to iamagungurl11 during the meeting. Again, Lquid_dragon acknowledges that Iamagungurl11 is only 11 years old. Liquid_dragon indicates that he will be driving a gray pickup truck and that his first name is 'David'.

[break]

| | |
|---|---|
| Lquid_dragon (11/29/2007 12:41:57 PM): | i will make it there tomorrow |
| iamafungurl11 (11/29/2007 12:42:03 PM): | kewl!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! |
| iamafungurl11 (11/29/2007 12:42:14 PM): | seriously???? so u want me for sure to skip rite? |
| Lquid_dragon (11/29/2007 12:42:18 PM): | yes kewwwwwwwwwwwwwl |

[break]

| | |
|---|---|
| Lquid_dragon (11/29/2007 12:42:38 PM): | will make it worth it for you |
| Lquid_dragon (11/29/2007 12:42:45 PM): | cant wait |
| iamafungurl11 (11/29/2007 12:42:51 PM): | i cant wait either!!!!!!!!!!!!!!!!!!! |
| iamafungurl11 (11/29/2007 12:43:00 PM): | how will u make it worth my while ? ;) |
| Lquid_dragon (11/29/2007 12:43:12 PM): | iwill make you so wet and horny |
| iamafungurl11 (11/29/2007 12:43:20 PM): | reallllllly? |
| iamafungurl11 (11/29/2007 12:43:22 PM): | ;) |
| iamafungurl11 (11/29/2007 12:43:33 PM): | so wat do u wanna do? |
| Lquid_dragon (11/29/2007 12:43:33 PM): | yep |
| iamafungurl11 (11/29/2007 12:43:36 PM): | seroiusly? |
| Lquid_dragon (11/29/2007 12:43:48 PM): | i want to pop your cherry |
| iamafungurl11 (11/29/2007 12:43:53 PM): | huh? |
| Lquid_dragon (11/29/2007 12:44:11 PM): | think about it |
| iamafungurl11 (11/29/2007 12:44:17 PM): | i am??????? |

| | |
|---|---|
| **Lquid_dragon (11/29/2007 12:44:30 PM):** | **have sex with you** |
| [break] | |
| iamafungurl11 (11/29/2007 12:49:40 PM): | so like...... my age dont bother u for sure? bein 11 |
| iamafungurl11 (11/29/2007 12:49:43 PM): | i just wanna make sure |
| **Lquid_dragon (11/29/2007 12:50:16 PM):** | **nope** |
| **Lquid_dragon (11/29/2007 12:50:25 PM):** | **if it dont bother you** |
| [break] | |
| **Lquid_dragon (11/30/2007 10:00:43 AM):** | **i will be driving a pick up** |
| **Lquid_dragon (11/30/2007 10:00:57 AM):** | **light gray in color** |
| [break] | |
| iamafungurl11 (11/30/2007 10:02:27 AM): | wats ur name? my jname is kayla brighton ;) |
| **Lquid_dragon (11/30/2007 10:02:35 AM):** | **david** |

14. Lquid_dragon did not arrive for the scheduled meeting on November 30, 2007. He sent several offline messages to Iamafungurl11 indicating that he did arrive at the arranged meeting location but was several hours late because he had been delayed in traffic due to an accident that had occurred on highway 77.

15. On December 3, 2007, Lquid_dragon and Iamafungurl11 engaged in another chat session. During this chat session, Lquid_dragon explained that he had arrived at the scheduled meeting site late because of a traffic accident. During the chat, a second meeting was set up to occur at Aruba Joe's Tanning at 1310 Tunnel Road, Asheville, North Carolina on December 4, 2007 at 10:30AM.

16. On December 4, 2007, at approximately 10:40AM, members of the Buncombe County Anti-Crime Task Force (BCAT) observed a gray pickup truck pull into the parking lot of Aruba Joe's Tanning at 1310 Tunnel Road. One of the BCAT agents observed that the driver of the pickup truck appeared to match the individual pictured in the photograph sent to the BCSO detective

8

by Lquid_dragon. The pickup truck slowly pulled through the parking lot and then quickly turned onto U.S. Highway 70.

17. Based on the above circumstances, BCAT agents and BCSO deputies attempted to execute a vehicle car stop on the pickup truck. The pickup truck did not initially heed to the emergency lights of the law enforcement vehicles, instead accelerating on U.S. Highway 70 and running a red light. After the pickup truck turned off of U.S. Highway 70 onto Kensington Road, the driver stopped the pickup truck.

18. The driver of the pickup truck was taken into custody by BCSO deputies and searched. The driver was identified as David Bruce Jenkins of 2502 Devon Drive, Monroe, North Carolina 28110. During the search, a .25 caliber pistol was found in Jenkins's pocket. A .357 magnum pistol was found next to the driver's seat when the vehicle was searched. The .357 magnum pistol was secured in a holster but the retention strap was not fastened. In addition to the pistol, binoculars, a camcorder and blank tapes were found in the vehicle.

19. A criminal history report was requested by BCSO deputies and was negative. Jenkins did not have a concealed carry permit for either the .25 caliber pistol or the .357 magnum pistol.

20. Jenkins was transported to BCSO. Jenkins was provided with and invoked his Miranda Rights at which point an interview was not attempted.

21. Jenkins was charged with Solicit Child by Computer, Carrying a Concealed Weapon and Failure to Heed Blue Light.

### CONCLUSION

22. Based upon the forgoing, there is probable cause to believe that David Bruce Jenkins did attempt to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which one can be charged with a criminal offense in violation of 18 USC 2422(b).

_____
Andrew F. Grafton
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 6th day of December 2007.

_____
Dennis L. Howell
United States Magistrate Judge